GEORGE S. CARDONA
United States Attorney
WAYNE R. GROSS
Assistant United States Attorney
Chief, Santa Ana Branch Office
MYESHA K. BRADEN (D.C. Bar No. 461485)
Trial Attorney, U.S. Department of Justice
ANNE C. GANNON (CA Bar No. 214198)
Assistant United States Attorney
    Ronald Reagan Federal Building & U. S. Courthouse
    411 W. Fourth Street, 8th Floor
    Santa Ana, California 92701
    Telephone: (714) 338-3548
    Facsimile: (714) 338-3561
    anne.gannon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

[FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 29 2007
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>WILLIAM NEWTON RUDD,<br><br>             Defendant. | SA CR 07- **SACR 07-0163**<br><br>GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING INDICTMENT; DECLARATION OF ANNE C. GANNON<br><br>[UNDER SEAL] |

    The government hereby applies ex parte for an order that the indictment and any related pleadings in the above-titled case be kept under seal until such time as the government informs the Clerk's Office in writing that the charged defendant has been taken into custody on the indictment or the government moves to unseal the indictment, whichever occurs first. The government further requests that the Court's order allow for the dissemination of the indictment and the arrest warrant to any law enforcement personnel or diplomatic representative necessary to

\\

effectuate the arrest and return of the defendant to the Central District of California.

This <u>ex parte</u> application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of Anne C. Gannon.

DATED: 8/29/07

        Respectfully submitted,

        GEORGE S. CARDONA
        United States Attorney

        WAYNE R. GROSS
        Assistant United States Attorney
        Chief, Santa Ana Branch Office

        /s/ Anne Gannon
        ANNE C. GANNON
        Assistant United States Attorney

        Attorneys for Plaintiff
        UNITED STATES OF AMERICA

DECLARATION OF ANNE C. GANNON

I, ANNE C. GANNON, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I, along with Myesha Braden of the Department of Justice, Child Exploitation and Obscenity Section, represent the government in the prosecution of <u>United States v. William Newton Rudd</u>, an indictment which is being presented to a federal grand jury in the Central District of California on August 29, 2007.

2. The defendant charged in the above-captioned indictment has not been taken into custody on the charges contained in the indictment and has not been informed that he is being named as a defendant in the indictment to be presented to the grand jury on August 29, 2007. The government believes that the defendant is currently residing in the African nation of Togo. The defendant has extensive experience traveling and living outside the United States. The likelihood of apprehending the defendant may be jeopardized if the indictment in this case is made publicly available before the defendant is taken into custody.

3. Accordingly, the government requests that the indictment in this case be sealed until the defendant is taken into custody on the charge contained in the indictment and the government either notifies the Clerk's office in writing of the fact that the defendant has been apprehended or the government moves to unseal the indictment, whichever occurs first. In addition, the government requests that the Court order allow for the dissemination of the indictment and the arrest warrant to any law enforcement personnel or diplomatic representative necessary

to effectuate the arrest and return of the defendant to the Central District of California.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: 8/29/07

*Anne C Gannon*

ANNE C. GANNON

1