```
 1 │ GEORGE S. CARDONA
   │ United States Attorney
 2 │ WAYNE R. GROSS
   │ Assistant United States Attorney
 3 │ Chief, Santa Ana Branch Office
   │ MYESHA K. BRADEN (D.C. Bar No. 461485)
 4 │ Trial Attorney, U.S. Department of Justice
   │ ANNE C. GANNON
 5 │ Assistant United States Attorney
   │ California State Bar No. 214198
 6 │      Ronald Reagan Federal Building & U. S. Courthouse
   │      411 W. Fourth Street, 8th Floor
 7 │      Santa Ana, California 92701
   │      Telephone:  (714) 338-3548
 8 │      Facsimile:  (714) 338-3561
   │      anne.gannon@usdoj.gov
 9 │
   │ Attorneys for Plaintiff
10 │ UNITED STATES OF AMERICA
11 │
   │              UNITED STATES DISTRICT COURT
12 │
   │          FOR THE CENTRAL DISTRICT OF CALIFORNIA
13 │
   │                                  SA CR 07- SACR 07-0163
14 │ UNITED STATES OF AMERICA,      )
   │                                )
15 │                Plaintiff,      ) [PROPOSED] ORDER SEALING
   │                                ) INDICTMENT AND RELATED PLEADINGS
16 │           v.                   )
   │                                ) [UNDER SEAL]
17 │ WILLIAM NEWTON RUDD,           )
   │                                )
18 │                                )
   │                Defendant.      )
19 │ _____)
20 │
21 │ For good cause shown, IT IS HEREBY ORDERED THAT:
22 │      Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the
23 │ indictment and any related pleadings in the above-titled case,
24 │ the government's sealing application, and this order shall be
25 │ kept under seal until such time as the government informs the
26 │ Clerk's Office in writing that the defendant has been taken into
27 │ custody on the indictment or the government moves to unseal the
28 │ indictment, whichever occurs first.  This order does not restrict
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 29 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

the dissemination of the indictment or the arrest warrant to any law enforcement personnel or diplomatic representative necessary to effectuate the arrest and return of the defendant to the Central District of California.

DATED: __8/29/07__

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATED: _____

_____
UNITED STATES MAGISTRATE JUDGE