UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2006 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR 07- **SACR 07-0163** |
| Plaintiff, | **I N D I C T M E N T** |
| v. | [18 U.S.C. § 2423(c): Engaging in Illicit Sexual Conduct in Foreign Places] |
| WILLIAM NEWTON RUDD, | |
| Defendant. | **[UNDER SEAL]** |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2423(c)]

On or about November 11, 2003, through on or about May 17, 2004, defendant WILLIAM NEWTON RUDD, a United States citizen whose last known address was in Fullerton, California, did travel in foreign commerce, to wit: from Los Angeles, California to Bangladesh, and did engage in illicit sexual conduct as defined

\\
\\
\\
\\

ACG:acg

in Title 18, United States Code, Section 2423(f), with J.S. (DOB 03/06/1993), a male child under the age of 12-years-old.

A TRUE BILL

/s/
_____
Foreperson

GEORGE S. CARDONA
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

WAYNE R. GROSS
Assistant United States Attorney
Chief, Santa Ana Branch Office