UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**ORIGINAL**

**SACR 07-0163** CASE SUMMARY

| | | | |
|---|---|---|---|
| Case Number | SA CR 07- | Defendant Number | 1 |
| U.S.A. v. | WILLIAM NEWTON RUDD | Date of Birth | 1943 |
| ☒ Indictment | ☐ Information | Investigative Agency (FBI, DEA, etc.): | ICE |

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

**OFFENSE/VENUE**

a. Offense charged as a: ☐ Petty Offense
   ☐ Misdemeanor   ☐ Minor Offense   ☒ Felony
b. Date of Offense: **ON OR ABOUT NOVEMBER 11, 2003 THROUGH ON OR ABOUT MAY 17, 2004**
c. County in which first offense occurred: **BANGLADESH**
d. The crimes charged are alleged to have been committed in:
   CHECK **ALL** THAT APPLY
   ☐ Los Angeles        ☐ Ventura
   ☐ Orange             ☐ Santa Barbara
   ☐ Riverside          ☐ San Luis Obispo
   ☐ San Bernardino     ☒ Other: **BANGLADESH**

Citation of offense: **18 U.S.C. § 2423(c)**

**RELATED CASE**
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  ☒ No   ☐ Yes
   IF YES   Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE**   N/A

**PREVIOUSLY FILED COMPLAINT**
A complaint was previously filed on: ____N/A____
   Case Number: _____
   Charging: _____

The Complaint: ☐ is still pending
   ☐ was dismissed on: _____

**COMPLEX CASE**
Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*        ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*        ☒ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

This is the ___N/A___ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: _____

Case Number: _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge
_____

☐ was previously dismissed on: _____N/A_____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*        ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*        ☐ No

Was a Notice of Complex Case filed on the Indictment of Information?
   ☐ Yes         ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:  ☐ Yes   ☒ No
IF YES, list language and/or dialect: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**OTHER**
- ☒ Male    ☐ Female
- ☒ U.S. Citizen    ☐ Alien

Alias Name(s): _____N/A_____

This defendant is charged in:    ☒ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 U.S.C. 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 U.S.C. 3166(b)(7).

Is defendant a juvenile:    ☐ Yes    ☒ No
IF YES, should matter be sealed?    ☐ Yes    ☐ No

The area of substantive law that will be involved in this case includes:
- ☐ financial institution fraud
- ☐ government fraud
- ☐ environmental issues
- ☐ narcotics offenses
- ☐ violent crimes/firearms
- ☐ public corruption
- ☐ tax offenses
- ☐ mail/wire fraud
- ☐ immigration offenses
- ☐ corporate fraud
- ☒ Other: **ENGAGING IN ILLICIT SEXUAL CONDUCT IN FOREIGN PLACES**

**CUSTODY STATUS**
Defendant is **NOT** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   In the amount of $_____
c. PSA supervision?    ☐ Yes    ☐ No
d. Is a Fugitive?    ☐ Yes    ☐ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested:    ☒ Yes    ☐ No

Defendant is **IN** custody:
a. Place of incarceration:    ☐ State    ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:    ☐ Yes    ☐ No
   IF YES    ☐ State    ☐ Federal    ☐ Writ of Issue
f. Awaiting trial on other charges:    ☐ Yes    ☐ No
   IF YES    ☐ State    ☐ Federal    AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP.    ___ 20    ___ 21    ___ 400

---

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____N/A_____

Date: **AUGUST 29, 2006**

*Signature of Assistant U.S. Attorney*

**ANNE C. GANNON**
*Print Name*

CR-72 (07/05)    CASE SUMMARY    Page 1 of 2