FILED
2007 SEP -6 AM 10: 42
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. RUDD, WILLIAM NEWTON DEFENDANT(S) | CASE NUMBER **SACR07 0163** REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest __9/5/07__ __1400__ ☐ AM / ☒ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC): __18 USC 2423(c)__
3. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor
4. U.S. Citizen: ☒ Yes  ☐ No  ☐ Unknown
5. Year of Birth: __1943__
6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): __N/A__
8. Date detainer placed on defendant: __N/A__
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. __N/A__)
10. Name of Pretrial Services Officer: __N/A__
11. Remarks (if any): __N/A__

12. Date: __9/6/07__
13. Signature: _(signed)_
14. Name: __PATRICK GLEASON__
15. Title: __SPECIAL AGENT__

CR-64 (07/05)                     REPORT COMMENCING CRIMINAL ACTION