UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>William Newton-Rudd<br>Defendant. | Southern Division<br><br>Case #: 8:07-CR-00163    Indictment<br>Initial App. Date: 09/06/2007   Time: 2:00 PM<br><br>Date Filed: 08/29/2007<br>Violation: 18:2423 (c)<br>CourtSmart: CS 9/06/07 |
| **PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Marc L. Goldman** | **CALENDAR/PROCEEDINGS SHEET<br>LOCAL/OUT-OF-DISTRICT CASE** |

**PRESENT:**   Terri Steele        Myseha K. Braden        / None
              ---------------     -----------------------   ----------------------
              Deputy Clerk        Assistant U.S. Assistant   Interpreter/Language

[✓] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review

[✓] Defendant states true name is as charged.

[✓] Defendant advised of consequences of false statement in financial affidavit.

[✓] Attorney: Elizabeth Macias [✓] DFPD, [✓] Appointed

[✓] Government's request for detention is: CONTINUED.

[✓] Government moves to UNSEAL Indictment: GRANTED

[✓] PIA set for September 17, 2007 at 10:00 AM in Santa Ana.

[✓] Case continued to (Date) September 12, 2007 at 1:00pm

[✓] Type of Hearing: Detention Hearing Before Judge Goldman / Duty Magistrate Judge.

[✓] Proceedings will be held in the Judge's Courtroom 6A

[✓] Defendant committed to the custody of the U.S. Marshal

[✓] Other: A Contribution Order will be made at the time of the continued hearing.

[✓] PSA, [✓] FINANCIAL, [✓] READY

Deputy Clerk Initials: ts
00 : 10