UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff(s),<br>vs.<br>William Newton-Rudd<br>Defendant. | Case Number: 8:07-CR-00163<br><br>**NOTICE DIRECTING DEFENDANT TO APPEAR FOR ARRAIGNMENT ON INDICTMENT/INFORMATION** |

YOU ARE HEREBY NOTIFIED AND DIRECTED to appear before United States Magistrate Judge <u>Robert N. Block</u>, United States Courthouse located at:

☐ Western Division
  255 E. Temple Street
  Courtroom <u>341</u>, <u>3rd</u> Floor
  Los Angeles, CA 90012

☑ Southern Division
  411 W. Fourth Street
  Courtroom 6B, 6th Floor
  Santa Ana, CA 92701

☐ Eastern Division
  3470 Twelfth Street
  Courtroom _____, _____ Floor
  Riverside, CA 92501

at <u>10:00AM on September 17, 2007</u>, at which time you shall be arraigned on the indictment or information. Upon arraignment, your case will be assigned to a Judge of this Court, before whom you must be prepared to appear the afternoon of the same day and enter a plea.

If you have retained your own attorney, he or she must be present with you on the date ordered above. If you do not have an attorney, an attorney will be appointed to represent you at the time, provided you are without sufficient funds to retain a private attorney.

**IF YOU FAIL TO APPEAR AT THE DATE, TIME AND PLACE INDICATED, YOUR PRESENT BOND WILL BE FORFEITED AND THE COURT WILL ISSUE A WARRANT FOR YOUR ARREST**.

NOTE: Your case may be assigned for further proceedings in a division **different from the one indicated above**. If so, a notice will be mailed to you and your attorney, therefore, keep in close contact with your attorney so you will not waste time and effort by going to the wrong location.

Filed & Dated: 09/06/2007

Clerk, U.S. District Court
By: Terri Steele
Magistrate Judge Courtroom Deputy Clerk