ORIGINAL

1  GEORGE S. CARDONA
   United States Attorney
2  WAYNE R. GROSS
   Assistant United States Attorney
3  Chief, Santa Ana Branch Office
   MYESHA K. BRADEN (D.C. Bar No. 461485)
4  Trial Attorney, U.S. Department of Justice
   ANNE C. GANNON, (Cal. State Bar No. 214198)
5  Assistant United States Attorney
        Ronald Reagan Federal Building
6       and United States Courthouse
        411 W. Fourth Street, 8th Floor
7       Santa Ana, California  92701
        Telephone: (714) 338-3500
8       Facsimile: (714) 338-3561
        E-Mail: Anne.Gannon@usdoj.gov
9
   Attorneys for Plaintiff
10 United States of America

11

12                 UNITED STATES DISTRICT COURT

13            FOR THE CENTRAL DISTRICT OF CALIFORNIA

   UNITED STATES OF AMERICA,      )    Case No. SA CR 07-163
14                                 )
                    Plaintiff      )    GOVERNMENT'S NOTICE OF REQUEST
15                                 )    FOR DETENTION
             v.                    )
16                                 )
   WILLIAM NEWTON RUDD,            )
17                                 )
                    Defendant.     )
18 _____ )

19

20         Plaintiff, United States of America, by and through its

   counsel of record, hereby requests detention of defendant and gives
21
   notice of the following material factors:
22
           ____  1.   Temporary 10-day Detention Requested (§ 3142(d))
23
                      on the following grounds:
24
                ____  a.  offense committed while defendant was on release
25
                          pending (felony trial), (sentencing) (appeal) or
26
                          on (probation) (parole);
27
                ____  b.  alien not lawfully admitted for permanent
28

1    residence;

2    ____  c.  flight risk;

3    ____  d.  danger to community.

4    X    2.  <u>Pretrial Detention Requested (§ 3142(e)) because no</u>

5        <u>condition or combination of conditions will</u>

6        <u>reasonably assure against</u>:

7        X   a.  danger to any other person or the community;

8        X   b.  flight.

9    ____  3.  <u>Detention Requested Pending Supervised</u>

10        <u>Release/Probation Revocation Hearing (Rules</u>

11        <u>32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a))</u>:

12        ____  a.  Defendant cannot establish by clear and

13            convincing evidence that he/she will not pose a

14            danger to any other person or to the community;

15        ____  b.  Defendant cannot establish by clear and

16            convincing evidence that he/she will not flee.

17    X    4.  <u>Presumptions Applicable to Pretrial Detention (18</u>

18        <u>U.S.C. § 3142(e))</u>:

19        ____  a.  Title 21 or Maritime Drug Law Enforcement Act

20            ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense

21            with 10-year or greater maximum penalty

22            (presumption of danger to community and flight

23            risk);

24        ____  b.  offense under 18 U.S.C. § 924(c) (firearm

25            used/carried/possessed during/in relation to/in

26            furtherance of crime), § 956(a), or § 2332b

27            (presumption of danger to community and flight

28

risk);

__x_ c.   offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)- 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425 (presumption of danger to community and flight risk);

____ d.   defendant currently charged with (I) crime of violence, (II) offense with maximum sentence of life imprisonment or death, (III) Title 21 or MDLEA offense with 10-year or greater maximum sentence, or (IV) any felony if defendant previously convicted of two or more offenses described in I, II, or III, or two or more state or local offenses that would qualify under I, II, or III if federal jurisdiction were present, or a combination of such offenses, AND defendant was previously convicted of a crime listed in I, II, or III committed while on release pending trial, AND the current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community).

_X_   5.   Government Is Entitled to Detention Hearing Under § 3142(f) If the Case Involves:

_X_ a.   a crime of violence (as defined in 18 U.S.C. § 3156(a)(4)) or Federal crime of terrorism (as

3

defined in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum sentence is 10 years' imprisonment or more;

_____ b. an offense for which maximum sentence is life imprisonment or death;

_____ c. Title 21 or MDLEA offense for which maximum sentence is 10 years' imprisonment or more;

_____ d. instant offense is a felony and defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c if federal jurisdiction were present, or a combination or such offenses;

_____ e. any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

X_ f. serious risk defendant will flee;

_____ g. serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or intimidate prospective witness or juror, or attempt to do so).

_____ 6. Government requests continuance of _____ days for detention hearing under § 3142(f) and based upon the following reason(s):

4

```
1        ____    7.    Good cause for continuance in excess of three days
2                      exists in that:
3                      _____
4                      _____
5                      _____
6
7   DATED: September 6, 2007           Respectfully submitted,
8                                      GEORGE S. CARDONA
                                       United States Attorney
9
10                                     _____
                                       MYESHA K. BRADEN
11                                     Trial Attorney, U.S. Dept Justice
12                                     Attorneys for Plaintiff
                                       United States of America
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```