# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FILED 2007 SEP -6 AM 10: 42

| United States of America, | CASE NUMBER |
| --- | --- |
| Plaintiff(s) | |
| v. | SACR07-0163 |
| WILLIAM NEWTON RUDD | **WARRANT FOR ARREST** |
| Defendant(s) | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest _WILLIAM NEWTON RUDD_ and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☒ Indictment ☐ Information ☐ Order of Court ☐ Violation Petition ☐ Violation Notice charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

18 U.S.C. § 2423(c): Engaging in Illicit Sexual Conduct in Foreign Places

in violation of Title __18__ United States Code, Section(s) _2423(c)_

| Sherri R. Carter | |
| --- | --- |
| NAME OF ISSUING OFFICER | |
| Clerk of Court | SANTA ANA, CA  8-29-07 |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| STEPHANIE MIKHAIL | |
| SIGNATURE OF DEPUTY CLERK | BY Hon. Robert N. Block |
| | NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

LOS ANGELES AIRPORT, LOS ANGELES, CA

| 8/29/07 | |
| --- | --- |
| DATE RECEIVED | MICHAEL P. GLEASON |
| | NAME OF ARRESTING OFFICER |
| 9/5/07 | SPECIAL AGENT |
| DATE OF ARREST | TITLE |
| | SIGNATURE OF ARRESTING OFFICER |

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO

WARRANT FOR ARREST

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, Plaintiff(s) | CASE NUMBER |
|---|---|
| v. | SA CR 07-<br>**SACR07-0163** |
| WILLIAM NEWTON RUDD<br>Defendant(s) | **WARRANT FOR ARREST** |

### ADDITIONAL DEFENDANT INFORMATION

| RACE: W | SEX: M | HEIGHT: 5'7" | WEIGHT: 140 | HAIR: GR | EYES: BL | OTHER: | |
|---|---|---|---|---|---|---|---|
| DATE OF BIRTH: 3/4/43 | | PLACE OF BIRTH: CORONADO, CA | | SOCIAL SECURITY NO.: 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 | | DRIVER'S LICENSE NO.: | ISSUING STATE: CA |
| ALIASES: | | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: SCAR LT KNEE / APPENX SCAR | | | | | |
| AUTO YEAR: N/A | AUTO MAKE: | AUTO MODEL: | | AUTO COLOR: | | AUTO LICENSE NO.: | ISSUING STATE: |

**LAST KNOWN RESIDENCE:** ALVARADO, TOGO

**LAST KNOWN EMPLOYMENT:**

**FBI NUMBER:**

**ADDITIONAL INFORMATION:**

**INVESTIGATIVE AGENCY NAME:** USICE

**INVESTIGATIVE AGENCY ADDRESS:** 34 CIVIC CENTER PL. 4TH FL SANTA ANA, CA 92701

**NOTES**