SEAN K. KENNEDY(145632)
Federal Public Defender
ROBERT CARLIN (123806)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California  92701-4598
Telephone (714) 338-4500
Facsimile (714) 338-4520
E-mail: robert_carlin@fd.org

Attorneys for Defendant
William Newton Rudd

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. SA CR 07-0163 |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| William Newton Rudd, ) | |
| Defendant. ) | |

Robert Carlin hereby gives notice of his appearance as Deputy Federal Public Defender re-assigned to represent defendant William Newton Rudd, in place of Deputy Federal Public Defender Elizabeth Macias in this matter.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED:  September 13, 2007        By *Robert Carlin*
                                                   ROBERT CARLIN
                                                   Deputy Federal Public Defender