# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## RECORD OF PROCEEDINGS

Case No. __SACR07-163__   Tape No. __CS 9/12/07__   Date: __September 12, 2007__

Present: The Honorable __Marc L. Goldman__, U.S. Magistrate Judge

| T. Steele | Anne C. Gannon | n/a |
|---|---|---|
| Deputy Clerk | Assistant U.S. Attorney | Interpreter |

USA v. William Newton-Rudd

☒ Present   ☒ Custody   ☐ Bond   ☐ Not present

Attorney Present for Defendant:

Robert Carlin

☒ Present   ☐ CJA   ☐ Retd   ☒ DFPD   ☐ Not present

### PROCEEDINGS:  TEMPORARY / PERMANENT DETENTION HEARING

☒ Matter called for ☐ temporary / ☒ permanent detention hearing.
☐ Court finds probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ Witnesses CST (see separate list).
☐ Exhibits Marked/Admitted (see separate list).
☒ Court finds presumption under 18 USC 3142e _____ has not been rebutted and ORDERS DEFENDANT PERMANENTLY DETAINED.  See separate detention order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted and therefore, sets bail.  See below for bail information.
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Court further orders U.S. Attorney to notify _____
  _(Name of appropriate officials)_
☐ Court orders further bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in Courtroom _____ if _____ fails or declines to take custody of defendant.  _(Name of appropriate officials)_
☐ Court does not find sufficient cause to temporarily detain defendant and sets bails. See below for bail information.
☐ Court orders case continued to _____ at _____ ☐a.m. / ☐p.m. for _____
☒ Other: __Dft's counsel shall provide the Court w/a stmt of hours expended on the case on a quarterly basis commencing Jan 8, 2008. The Court will then determine the amount Defendant should contribute to the costs of his defense.__

### BAIL INFORMATION

**TYPE OF BOND**
☐ Personal Recognizance _(Signature only - no dollar amount)_
☐ Unsecured Appearance Bond in amount of $_____
☐ Appearance Bond in amount of $_____
  ☐ with cash deposit (amount or %) _____
  ☐ with affidavit of surety (no justification) (Form CR-4)
  ☐ with justification affidavit of surety  (Form CR-3)
  ☐ with deeding of property
☐ Collateral Bond in amount of $_____
  _(cash or negotiable securities)_
☐ Corporate Surety Bond in amount of $_____
  _(Corporate Surety Bond requires separate form)_
☐ Release NOW and justify by _____
  OR appear before Magistrate Judge _____
  at _____   ☐ AM / ☐ PM on _____

**CONDITIONS OF RELEASE**
☐ PSA Supervision   ☐ Intensive
☐ Surrender passport
☐ Bail subject to Nebbia Hearing
☐ Travel restricted to: _____
☐ Avoid places of egress
☐ Alcohol/Drug testing: _____
☐ Not illegally use or possess drugs or be in the presence of anyone illegally using or possessing drugs.
☐ Release only to PSA
☐ Residence approved by PSA
☐ Not possess firearms or be in the presence of anyone using or possessing firearms
☐ Other: _____

☐ Bond Posted
☐ Release Ordered Forthwith; Issued Release No. _____

Distribution:   Blue - AUSA       Yellow - Defendant       Pink - PSA

: 10

M-46 (06/98)       RECORD OF PROCEEDINGS - TEMPORARY / PERMANENT DETENTION HEARING