# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 8:07-CR-00163                Recorder: CS 09/17/2007                Date: 09/17/2007

Present: The Honorable Robert N. Block, U.S. Magistrate Judge

Court Clerk: Trina DeBose                Assistant U.S. Attorney: Myesha K. Braden

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| WILLIAM NEWTON RUDD<br>Custody | Robert Carlin, PD<br>appointed | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Alicemarie H. Stotler.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial October 30, 2007 at 9:00 a.m.
Defendant and counsel are ordered to appear before said judge at the time and date indicated.

The Judge's Order issued.

Trial estimate: 3.

                                                                                    00 : 05
                                                                        Initials of Deputy Clerk: td

cc: Statistics Clerk, PSALA USMSA