THOMAS P. O'BRIEN
United States Attorney
ROBB C. ADKINS
Assistant United States Attorney
Chief, Santa Ana Branch Office
ANNE C. GANNON
Assistant United States Attorney
     Ronald Reagan Federal Building & U. S. Courthouse
     411 W. Fourth Street, 8th Floor
     Santa Ana, California 92701
     Telephone:  (714) 338-3548
     Facsimile:  (714) 338-3561
     anne.gannon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>WILLIAM NEWTON RUDD,<br><br>        Defendant. | NO. SA CR 07-163-AHS<br><br>STIPULATION REGARDING CONTINUANCE OF TRIAL DATE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT<br><br>Current Trial Date: 10/07/08<br>[Proposed] New Trial Date: 4/14/09 |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and defendant William Newton Rudd, by and through his counsel of record Deputy Federal Public Defender Robert Carlin, hereby stipulate as follows:

    1.   Defendant first appeared before a judicial officer in the court in which this charge is pending on September 6, 2007. The Indictment in this case was filed on August 29, 2007. The Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq., originally required that the trial commence on or before November 15, 2007.

\\

1    2.   On September 17, 2007, defendant was arraigned on the
2 Indictment and the court set a trial date of October 30, 2007.
3    3.   The parties estimate that the trial in this matter will
4 last approximately two to three days.  Defendant is currently in
5 custody.  One previous continuance has been requested.
6    4.   By this stipulation, the parties jointly move to
7 continue the trial date to April 14, 2009 at 9:00 a.m.
8    5.   The parties agree and stipulate, and request that the
9 court find the following:
10   a)   Defendant Rudd's counsel desires additional time to
11 review the discovery and prepare this case for trial and believes
12 that failure to grant the above-requested continuance would deny
13 him the reasonable time necessary for effective preparation,
14 taking into account the exercise of due diligence.  The parties
15 anticipate that significant trial preparation will be necessary,
16 despite the short trial estimate. In addition, there will likely
17 be several pretrial motions that will need to be investigated,
18 prepared and litigated.  Many of the witnesses central to this
19 case live in Bangladesh and efforts to interview them may be
20 limited due to severe weather and political unrest.  The
21 government does not object to the continuance.
22   b)   Based on the above-stated findings, the ends of justice
23 served by continuing the case as requested outweigh the interest
24 of the public and the defendant in a trial within the original
25 date prescribed by the Speedy Trial Act.  For the purpose of
26 computing time under the Speedy Trial Act, 18 U.S.C. § 3161, <u>et
27 seq.</u>, within which trial must commence:
28 \\

1        i.   The time period of October 7, 2008 to April 14, 2009 is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) because it results from a continuance granted by the judge at the defendant's request without government objection on the basis of the judge's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

8        ii. Continuity of counsel is a factor in favor of granting a continuance, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), because defendant Rudd believes that failure to grant the above-requested continuance would deny him continuity of counsel.

13 \\
14 \\
15 \\
16 \\
17 \\
18 \\
19 \\
20 \\
21 \\
22 \\
23 \\
24 \\
25 \\
26 \\
27 \\
28 \\

6. The parties agree and stipulate and request that the Court find that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

IT IS SO STIPULATED.

THOMAS P. O'BRIEN
United States Attorney

ROBB C. ADKINS
Assistant United States Attorney
Chief, Santa Ana Branch Office

10/1/08
DATE

*/s/ Anne C. Gannon*
ANNE C. GANNON
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

I am William Newton Rudd's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than April 14, 2009 is an informed and voluntary one.

10/1/2008
DATE

*/s/ Robert Carlin*
ROBERT CARLIN
Deputy Federal Public Defender

Attorney for Defendant
William Newton Rudd

4