```
THOMAS P. O'BRIEN
United States Attorney
WAYNE R. GROSS
Assistant United States Attorney
Chief, Santa Ana Branch Office
ANNE C. GANNON
Assistant United States Attorney
     Ronald Reagan Federal Building & U. S. Courthouse
     411 W. Fourth Street, 8th Floor
     Santa Ana, California 92701
     Telephone:  (714) 338-3548
     Facsimile:  (714) 338-3561
     anne.gannon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>WILLIAM NEWTON RUDD,<br><br>          Defendant. | NO. SA CR 07-163-AHS<br><br>FINDINGS AND ORDER<br><br>Current Trial Date: 10/07/08<br>New Jury Trial Date: 4/14/09, at 9:00 AM |

   Pursuant to the October 1, 2008 Stipulation Regarding Continuance of Trial Date And Excludable Time Periods Under Speedy Trial Act, the Court makes all FINDINGS as requested by the parties.

   IT IS FURTHER ORDERED that the Jury Trial in this matter be continued to April 14, 2009, at 9:00 a.m.  Defendant and counsel are ordered to appear at that time.

DATED: <u>October 1, 2008</u>.

                              **ALICEMARIE H. STOTLER**
                              HONORABLE ALICEMARIE H. STOTLER
                              CHIEF U.S. DISTRICT COURT JUDGE