GEORGE S. CARDONA
Acting United States Attorney
DOUGLAS F. McCORMICK
Assistant United States Attorney
Acting Chief, Santa Ana Branch Office
ANNE C. GANNON  (Cal. State Bar # 214198)
Assistant United States Attorney
    411 West Fourth Street, 8th Floor
    Santa Ana, CA 92701
    Telephone:   (714) 338-3548
    Facsimile:   (714) 338-3561
    Email: Anne.Gannon@usdoj.gov

JAMES SILVER, Trial Attorney
U.S. Department of Justice
Criminal Division
Child Exploitation & Obscenity Section
    1400 New York Ave., NW - Ste. 600
    Washington, DC 20530
    Telephone: (202) 323-5027
    Facsimile: (202) 514-1793
    E-mail: James.Silver@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>WILLIAM NEWTON RUDD,<br><br>        Defendant. | No. SA CR 07-163-AHS<br><br>STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING<br><br>Current Date:  April 19, 2010<br><br>Proposed Date: May 24, 2010<br>              2:30 p.m. |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and the Child Exploitation & Obscenity Section, Criminal Division, United States Department of Justice, and defendant William Newton Rudd through his counsel of record, Deputy Federal Public Defender Leon Peterson, hereby stipulate

that defendant's sentencing hearing be continued from April 19, 2010 to May 24, 2010 at 2:30 p.m. A continuance of the sentencing hearing is necessary because additional time is needed to prepare the Presentence Report. The scheduled interview of defendant was postponed due to a power outage. Additional time is also needed to prepare a proposed plan regarding restitution for the minor victims who reside in Bangladesh.

Dated: February 26, 2010

Respectfully submitted,

GEORGE S. CARDONA
Acting United States Attorney

DOUGLAS F. McCORMICK
Assistant United States Attorney
Acting Chief, Santa Ana Branch Office


\_\_\_\_/s/\_\_\_\_
ANNE C. GANNON
Assistant United States Attorney


\_\_\_\_/s/\_\_\_\_
JAMES SILVER
Trial Attorney
U.S. Department of Justice

Attorneys for Plaintiff
United States of America


Dated: 2-26-10

LEON PETERSON
Deputy Federal Public Defender

Attorney for Defendant
William Newton Rudd