GEORGE S. CARDONA
Acting United States Attorney
DOUGLAS F. McCORMICK
Assistant United States Attorney
Acting Chief, Santa Ana Branch Office
ANNE C. GANNON  (Cal. State Bar # 214198)
Assistant United States Attorney
    411 West Fourth Street, 8th Floor
    Santa Ana, CA 92701
    Telephone:  (714) 338-3548
    Facsimile:  (714) 338-3561
    Email: Anne.Gannon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR 07-163-AHS |
| Plaintiff, | ORDER CONTINUING SENTENCING HEARING |
| v. | |
| WILLIAM NEWTON RUDD, | |
| Defendant. | |

IT IS ORDERED in accordance with the parties' stipulation, that the sentencing hearing in this matter be continued from April 19, 2010, to May 24, 2010, at 2:30 p.m.  Defendant and counsel are ordered to appear at that time.

Dated: <u>March 1,2010</u>.

                            **ALICEMARIE H. STOTLER**
                            HONORABLE ALICEMARIE H. STOTLER
                            United States District Court Judge

**cc: USPO**