ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
ANNE C. GANNON
Assistant United States Attorney
(Cal. State Bar # 214198)
    411 West Fourth Street
    Santa Ana, California 92701
    Telephone:  (714) 338-3548
    Facsimile:  (714) 338-3561
    E-mail: Anne.Gannon@usdoj.gov

LANNY A. BREUER
Assistant Attorney General
United States Department of Justice
Criminal Division
JAMES SILVER
Trial Attorney
Child Exploitation & Obscenity Section
    1400 New York Ave., NW - Ste. 600
    Washington, DC 20530
    Telephone: (202) 353-2057
    Facsimile: (202) 514-1793
    E-mail: James.Silver@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | SA CR No. 07-163-AHS |
|             Plaintiff, ) | <u>ORDER RE RESTITUTION PAYMENT</u> |
|             v. ) | |
| WILLIAM NEWTON RUDD, ) | |
|             Defendant. ) | |

    Pursuant to the parties' stipulation, 18 U.S.C. § 2248, and the Court's May 26, 2010 Judgment and Commitment Order (Doc. 43), defendant William Newton Rudd is hereby ordered to take all necessary affirmative steps to transfer $15,000.00 (hereinafter

1  "the Restitution Amount") from his possession to the following
2  account, which is controlled by Robb Evans & Associates LLC:
3      City National Bank
        15260 Ventura Blvd., Ste. 1600
4       Sherman Oaks, CA 91403
        ABA # 1200-1606-6
5       Account # 412041208
        Account name: USA v William Newton Rudd
6       Attn.: Lisa Hurrell, tel: (818) 382-1551

7      Robb Evans & Associates LLC is authorized to take control of
8  the Restitution Amount and ordered to disburse it to the three
9  victims set forth in the court's victim list in three equal
10 portions of $5,000.00 for each victim.
11     Defendant is ordered to complete this transfer no later than
12 30 days from the issuance of this Order.
13     IT IS SO ORDERED.

15     Dated: August 9, 2010.

                                ALICEMARIE H. STOTLER
                                _____
                                THE HONORABLE ALICEMARIE H. STOTLER
                                UNITED STATES DISTRICT JUDGE