**FILED**

UNITED STATES COURT OF APPEALS

SEP 09 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 10-50254 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 8:07-cr-00163-AHS-1 Central District of California, Santa Ana |
| v. | |
| WILLIAM NEWTON RUDD, | ORDER |
| Defendant - Appellant. | |



RECEIVED
CLERK, U.S. DISTRICT COURT
SEP - 9 2010
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

The transcript for the October 30, 2009 change of plea hearing was due August 30, 2010. The appellant has informed the court that as of September 1, 2010, the transcript for the hearing has not been filed. The district court docket notes a proceeding on that date reported by Court Reporter Deborah Parker, but the appellant's notice states that the court reporter for that hearing was Jane Sutton Rule. The transcript has not yet been filed.

Within 21 days from the entry of this order, Court Reporter Jane Sutton Rule shall file the transcript, file a motion for extension of time to do so, or inform the court in writing of any barriers to transcript production.

tah/09.06.10/Pro Mo

If the reporter has previously filed transcripts for all hearings she reported or if the reporter did not report any proceedings in this case, she shall notify this court and the court reporter supervisor in writing.

The appellant shall inform this court by letter within 35 days from entry of this order if the original transcripts have not been filed in the district court. *See* 9th Cir. R. 11-1.2.

In the absence of further information regarding an incomplete record, the following briefing schedule shall govern: the opening brief is due November 10, 2010; the answering brief is due December 10, 2010; and the optional reply brief is due 14 days from service of the answering brief.

Copies of this order shall be provided to Court Reporter Jane Sutton Rule, Manager of Court Reporting Services Blanca Aguilar, and supervisor Milli Borgarding at the Santa Ana district court.

> For the Court:
> MOLLY C. DWYER
> Clerk of the Court
>
> Teresa A. Haugen, Deputy Clerk
> 9th Cir. R. 27-7/Advisory Note to R. 27
> and 9th Cir. R. 27-10

tah/09.06.10/Pro Mo

10-50254