AMENDED as to
Court Reporter Only

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - CHANGE OF PLEA**

Case No: <u>SA CR07-163-AHS</u>                                         Date: <u>October 30, 2009</u>
==============================================================================
PRESENT:   <u>HONORABLE ALICEMARIE H. STOTLER, U.S. DISTRICT JUDGE</u>

| <u>Ellen Matheson</u> | <u>Jane Sutton Rule</u> | <u>Anne Gannon</u> |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U. S. Attorney |

**INTERPRETER:** <u>None</u>
==============================================================================
U.S.A. vs (Defendant listed below)         Attorneys for Defendant

1) <u>WILLIAM NEWTON RUDD</u>                   1) <u>Leon Peterson, DFPD</u>
 <u> X </u> pres  <u> X </u>custody  <u>   </u>bond          <u> X </u>pres  <u> X </u> apptd  <u>   </u>rtnd

**PROCEEDINGS:**      **CHANGE OF PLEA**

<u>   X   </u>    Defendant moves to change plea to Count<u> 1 </u> of the <u>Single</u>-Count Indictment.

<u>   X   </u>    Defendant sworn.

<u>   X   </u>    Defendant enters new and different plea of GUILTY to Count<u> 1 </u> of the <u>Single</u>-Count Indictment.

<u>   X   </u>    The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid, and further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

<u>   X   </u>    The Court further ORDERS the Plea Agreement incorporated into these proceedings.

<u>   X   </u>    The Court refers the defendant to the Probation Office for investigation, and preparation of the pre-sentence report. The matter is continued to **April 19, 2010, at 2:30 p.m.** for sentencing.  The defendant is ORDERED to return at that time. Further, sentencing position papers are due no later than two weeks before the date of sentencing, including service on the assigned U.S. Probation Officer.

<u>   X   </u>    The Court further ORDERS the Jury Trial scheduled for <u>November 3, 2009</u>, VACATED.

<u>   X   </u>    <u>OTHER</u>: Court's approval of the Plea Agreement is deferred until time of sentencing.

**cc: USMO-SA
    USPO-SA
    PSA**                                                            <u>  00  </u> : <u>  35  </u>
                                    Initials of Deputy Clerk:  <u>  enm        </u>

CR-8 (06/04)           **CRIMINAL MINUTES-CHANGE OF PLEA**           Page 1 of 1