**FILED**

UNITED STATES COURT OF APPEALS

DEC 09 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 10-50254 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 8:07-cr-00163-AHS-1 Central District of California, Santa Ana |
| v. | |
| WILLIAM NEWTON RUDD, | ORDER |
| Defendant - Appellant. | |

RECEIVED
CLERK, U.S. DISTRICT COURT

DEC - 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: Peter L. Shaw, Appellate Commissioner.

The appellant's unopposed motion for a second extension of time to file the opening brief is granted.

The opening brief is now due January 10, 2011. The answering brief is due February 10, 2011. The optional reply brief is due within 14 days after service of the answering brief.

GS   App. Comm. 12/06/10/Pro Mo