**FILED**

UNITED STATES COURT OF APPEALS

JAN 13 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 10-50254 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 8:07-cr-00163-AHS-1 Central District of California, Santa Ana |
| v. | |
| WILLIAM NEWTON RUDD, | ORDER |
| Defendant - Appellant. | |



RECEIVED
CLERK, U.S. DISTRICT COURT

JAN 13 2011

CENTRAL DISTRICT OF CA

Before: Peter L. Shaw, Appellate Commissioner.

The appellant's unopposed late motion for a third extension of time to file the opening brief is granted.

The opening brief is now due February 9, 2011. Any further motion to extend the due date of the opening brief is disfavored.

The answering brief is due March 14, 2011. The optional reply brief is due within 14 days after service of the answering brief.

GS   App. Comm. 01/10/11/Pro Mo