ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
ANNE C. GANNON  (Cal. State Bar # 214198)
Assistant United States Attorney
    411 West Fourth Street, 8th Floor
    Santa Ana, CA 92701
    Telephone:  (714) 338-3548
    Facsimile:  (714) 338-3561
    Email: Anne.Gannon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR 07-163-AHS |
| Plaintiff, | <u>ORDER</u> |
| v. | |
| WILLIAM NEWTON RUDD, | |
| Defendant. | |

IT IS ORDERED that, in accordance with the parties' stipulation, the resentencing hearing in <u>United States v. William Newton Rudd</u>, SA CR 07-163-AHS, is continued from **January 26, 2012 at 10:00 a.m. to February 2, 2012 at 10:00 a.m.**

Dated:  January 18, 2012

                                 *ALICEMARIE H. STOTLER*
                                 HONORABLE ALICEMARIE H. STOTLER
                                 United States District Court Judge