SEAN K. KENNEDY (145632)
Federal Public Defender
(E-mail:  Sean_Kennedy@fd.org)
LEON L. PETERSON (156146)
Deputy Federal Public Defender
(E-mail:  Leon_Peterson@fd.org)
411 West Fourth Street, Suite 7110
Santa Ana, California  92701-4598
Telephone (714) 338-4500
Facsimile (714) 338-4520

Attorneys for Defendant
WILLIAM NEWTON RUDD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. SA CR  07-163- AHS |
| Plaintiff, | DEFENDANT'S SENTENCING POSITION FOLLOWING REMAND FOR RESENTENCING |
| v. | |
| WILLIAM NEWTON RUDD, | Hearing Date:  Feb. 2, 2012 |
| Defendant. | Hearing Time: 10:00 p.m. Estimated Time:  30 minutes |

Defendant WILLIAM NEWTON RUDD, by and through his attorney of record, Deputy Federal Public Defender Leon L. Peterson, hereby submits his sentencing position following remand for resentencing.

Mr. RUDD concurs with the government's recommendation that the Court impose the following supervised release condition governing defendant's ability to reside near places frequented by minors:

The defendant shall not reside within direct view of school yards, parks, public swimming pools, playgrounds, youth centers, video arcade facilities, or other places primarily used by persons under the age of 18. The defendant's residence shall be approved by the Probation Officer, and any change in residence must be pre-approved by the Probation Officer.  The defendant shall submit the address of the proposed residence to the Probation Officer at least 10 days prior to any scheduled move.

1    Mr. RUDD agreed to this condition in the plea agreement and it is, on its face, a

2  sensible condition.  It sets reasonable direct view restrictions while also allowing for

3  the Probation Officer's exercise of wisdom and sound judgment in ultimately

4  approving defendant's residence.

5    Mr. RUDD objects to the imposition of any conditions beyond those he has

6  agreed to in the plea agreement.

7

8                                                    Respectfully submitted,

9                                                    SEAN K. KENNEDY
                                                     Federal Public Defender
10

11  DATED: January 25, 2012              By    *Leon L. Peterson*
12                                                    LEON L. PETERSON
                                                     Deputy Federal Public Defender
13

14

15
    P:\OPEN CASE FILES\RUDD, William Newton\DRAFTS\Re-Sentencing Position Paper.wpd
16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

I, the undersigned, declare that I am a resident or employed in Orange County, California; that my business address is the Federal Public Defender's Office, 411 West Fourth Street, Suite 7110, Santa Ana, California 92701-4598; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served a copy of a document entitled:

**DEFENDANT'S SENTENCING POSITION FOLLOWING REMAND FOR RESENTENCING**

On January 25, 2012, following ordinary business practice, service was:

[x] Placed in a closed envelope, for collection and hand-delivery by our internal staff, addressed as follows:

[ ] By hand-delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By facsimile as follows:

Rosalinda Bradford
United States Probation Office
411 W. Fourth Street, Ste. 4170
Santa Ana, CA 92701

This proof of service is executed at Santa Ana, California, on January 25, 2012.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Maurine Von Winckelmann*

Maurine Von Winckelmann