# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | SACR 07-163-AG | Date | April 29, 2013 |
|---|---|---|---|

| Present: The Honorable | Andrew J. Guilford, U.S. District Judge |
|---|---|
| Interpreter | |

| Lisa Bredahl | Denise Paddock | Ivy Wang |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| WILLIAM NEWTON RUDD | X | X | | Leon Peterson, DFPD | X | X | |

**Proceedings:**   STATUS CONFERENCE


Cause is called for hearing and counsel make their appearance.  US Probation Officer Benita Grimm also present.

Court and counsel confer.   The Court modifies the terms of supervise release as follows: By Adding:

The defendant shall participate in a location monitoring program for a period of six months or until he secures permanent residence or until he returns to this court and establishes that this location monitoring program is not necessary.  The defendant will be monitored via Global Positioning Satellite, GPS, and will participate in the tracking portion of the program and there will not be any restriction in reference to an employment schedule. The defendant will be required to submit to routine inspection of the electronic monitoring equipment and be required to charge the GPS tracker twice per day.


| | 0 | : | 20 |
|---|---|---|---|
| Initials of Deputy Clerk | lmb | | |